IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RANDY HANSON and JENNIFER HANSON,

    Plaintiffs,

v.

SANTANDER CONSUMER USA, INC.,

    Defendant.

Case No.  22-cv-623-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Santander Consumer USA, Inc. against Plaintiffs Randy Hanson and Jennifer Hanson dismissing this case.

/s/ Deputy Clerk

Joel Turner, Clerk of Court

09/03/2025

Date